

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA



IN THE MATTER OF THE SEARCH OF
THE CELLULAR TELEPHONE
ASSIGNED CALL NUMBER
**(480) 819-8493**

Case No. 8:17MJ382

ORDER TO DELAY
NOTIFICATION OF WARRANT
FOR CELL PHONE INFORMATION

(Fed. R. Crim. P. 41; 18 U.S.C.
§§ 3103a & 2705)

**Filed Under Seal**

Request having been made before me by the United States of America, by and through Christopher L. Ferretti, Assistant United States Attorney for an Order delaying notification of execution of the Search Warrant in the matter captioned above for 79 days;

AND the Court having found reasonable cause to believe that providing notice of the Search Warrant at this time may have an adverse result as defined in Title 18, United States Code, Sections 3103a(b)(1) & 2705;

NOW THEREFORE, IT IS ORDERED, that the government is authorized to delay service of notice for a period of 90 days from June 16, 2018, to any person, or until further Order of the Court; and

IT IS FURTHER ORDERED that this Order and the government's Request are hereby SEALED until further Order of the Court.

Dated: June 15, 2018.

SUSAN M. BAZIS
United States Magistrate Judge

cert copy USA